UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MOHAMED ABDELMONEIM
ABDELRAHMAN ELTAYEB,

                           Petitioner,          **ORDER**

            -against-                            25-CV-09786 (PMH)

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES (USCIS), et al.,

                           Respondents.

PHILIP M. HALPERN, United States District Judge:

The Court has received Petitioner's petition and motion to expedite the relief sought therein. Although Petitioner is *pro se*, because he paid the filing fee and is not proceeding *in forma pauperis*, he is responsible for service on Respondents. Petitioner is further advised that, to the extent he wishes to consult with the City Bar Justice Center's clinic for *pro se* litigants, he may do so by visiting its website at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/, or by calling (212) 382-4794. This clinic, which is neither part of nor run by the Court, assists *pro se* litigants with federal civil cases.

The Clerk of Court is respectfully requested to mail a copy of this order to Petitioner.

                           **SO ORDERED.**

Dated:    White Plains, New York
          December 15, 2025

                           _____
                           PHILIP M. HALPERN
                           United States District Judge