UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MOHAMED ABDELMONEIM
ABDELRAHMAN ELTAYEB,

                    Petitioner,

       -against-

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES (USCIS), et al.,

                  Respondents.

**ORDER**

25-CV-09786 (PMH)

PHILIP M. HALPERN, United States District Judge:

On November 24, 2025, Dr. Mohamed Abdelmoneim Abdelrahman Eltayeb ("Petitioner") commenced the instant action against the U.S. Citizenship and Immigration Services (USCIS), Ur Mendoza Jaddou, Alejandro Mayorkas, Merrick Garland, and Damian Williams ("Respondents") by filing a Petition for Writ of Mandamus. (Doc. 1, "Petition"). On December 29, 2025, Petitioner filed proof of service on the docket. (Doc. 17).[1] According to the proof of service, the time for Respondents to respond to the Petition has passed. Accordingly, Respondents are directed to respond to the Petition on or before March 17, 2026.

**SO ORDERED.**

Dated:    White Plains, New York
          February 24, 2026

_____
PHILIP M. HALPERN
United States District Judge

---

[1] The Court notes that service appears to be defective. For example, Petitioner, despite stating that he is "not a party to this action," appears to have effectuated service himself in contravention of Fed. R. Civ. P. 4(c)(2). (*See* Doc. 17). However, on February 12, 2026, counsel for Defendants entered an appearance. (Doc. 18).