UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MOHAMED ABDELMONEIM
ABDELRAHMAN ELTAYEB,

                    Plaintiff,

        v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES ("USCIS"), KRISTI NOEM, Secretary
of U.S. Department of Homeland Security,
PAMELA BONDI, U.S. Attorney General,
JOSEPH B. EDLOW, Director of USCIS, and JAY
CLAYTON, United States Attorney for the
Southern District of New York,

                    Defendants.[1]

No. 25 Civ. 9786 (PMH)

NOTICE OF MOTION

PLEASE TAKE N... ...randum of law, the
Declarations of Bret H. Las... ...rahu, dated March 13,
2026, the Local Rule 12.1 ... ...d proceedings herein,
Defendants USCIS, Kristi ... ...and Security, Pamela
Bondi, U.S. Attorney Gene... ...Clayton, United States
Attorney for the Southern... ...layton, United States
Attorney for the Southern I... ...an order dismissing

> Defendants' motion to dismiss (Doc. 21) is denied without prejudice to renewal for failure to comply with the Court's Individual Practices Rule 4(C). To comply with the Court's Individual Practices, the Court extends Defendants' time to respond to the Petition nunc pro tunc to April 7, 2026.
>
> The Clerk of Court is respectfully requested to terminate the motion pending at Doc. 21.
>
> SO ORDERED.
>
> _[signature]_
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             March 18, 2026

---

[1] In accordance with Fed. R. Civ. P. 25(d), Kristi Noem, the Secretary of the Department of Homeland Security ("DHS") is automatically substituted for Alejandro Mayorkas; Pamela Bondi, the U.S. Attorney General is automatically substituted for Merrick Garland; Joseph B. Edlow, the Director of USCIS is automatically substituted for Ur Mendoza Jaddou, and Jay Clayton, the U.S. Attorney for the Southern District of New York is automatically substituted for Damian Williams.

the complaint pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
       March 17, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By:      */s/  Leslie A. Ramirez-Fisher*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-0378
E-mail: leslie.ramirez-fisher@usdoj.gov