UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MOHAMED ABDELMONEIM
ABDELRAHMAN ELTAYEB,

Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES ("USCIS"), KRISTI NOEM, Secretary
of U.S. Department of Homeland Security,
PAMELA BONDI, U.S. Attorney General,
JOSEPH B. EDLOW, Director of USCIS, and JAY
CLAYTON, United States Attorney for the
Southern District of New York,

Defendants.[1]

No. 25 Civ. 9786 (PMH)

NOTICE OF MOTION

> Defendants' motion to dismiss (Doc. 34) is denied without prejudice to renewal for failure to comply with the Court's Individual Practices Rule 4(C). To comply with the Court's Individual Practices, the Court extends Defendants' time to respond to the Complaint nunc pro tunc to May 22, 2026.
>
> The Clerk of Court is respectfully requested to terminate the motion pending at Doc. 34.
>
> SO ORDERED.
>
> _(signature)_
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          May 8, 2026

PLEASE  TAKE  NOTICE  that,  upon  the  acc[ompanying]

Declarations of Bret H. Lassen, dated December 18, 20[__]

2026, the Local Rule 12.1 Notice to Plaintiff, and all [other]

Defendants USCIS, Kristi Noem, Secretary of U.S. Dep[artment of Homeland Security, Pamela]

Bondi, U.S. Attorney General, Joseph B. Edlow, Director [of USCIS, and Jay Clayton, United States]

Attorney  for  the  Southern  District  of  New  York,  by  their  attorney,  Jay  Clayton,  United  States

Attorney for the Southern District of New York, hereby move this Court for an order dismissing

---

[1] In accordance with Fed. R. Civ. P. 25(d), Kristi Noem, the Secretary of the Department of Homeland Security ("DHS") is automatically substituted for Alejandro Mayorkas; Pamela Bondi, the U.S. Attorney General is automatically substituted for Merrick Garland; Joseph B. Edlow, the Director of USCIS is automatically substituted for Ur Mendoza Jaddou, and Jay Clayton, the U.S. Attorney for the Southern District of New York is automatically substituted for Damian Williams.

the complaint pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      May 7, 2026

                      JAY CLAYTON
                      United States Attorney for the
                      Southern District of New York
                      *Attorney for Defendants*

By:       */s/ Leslie A. Ramirez-Fisher*
                      LESLIE A. RAMIREZ-FISHER
                      Assistant United States Attorney
                      86 Chambers Street, Third Floor
                      New York, New York 10007
                      Telephone: (212) 637-0378
                      E-mail: leslie.ramirez-fisher@usdoj.gov