UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MOHAMED ABDELMONEIM ABDELRAHMAN ELTAYEB,<br><br>          Plaintiff,<br><br>      -against-<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES and JOSEPH B. EDLOW,<br><br>          Defendants. | **ORDER**<br><br>25-CV-09786 (PMH) |

PHILIP M. HALPERN, United States District Judge:

On June 10, 2026, counsel for Defendants and Plaintiff *pro se* appeared by telephone for a pre-motion conference concerning Defendants' proposed motion to dismiss the Amended Complaint. As discussed on the record, the Court granted Defendants leave to file a motion to dismiss and set the following briefing schedule: Defendants shall serve and file their motion to dismiss by June 25, 2026; Plaintiff shall serve and file his opposition by July 2, 2026; and Defendants shall serve and file their reply by July 6, 2026. The Court also directed that Defendants file a proposed order and stipulation, signed by the parties, dismissing the second claim for relief in the Amended Complaint, for mandamus relief, by June 12, 2026. The Court also directed Defendants to file, by June 12, 2026, a letter updating the Court on the status of settlement. Finally, the Court directed Defendants to file a response to Plaintiff's motion to expedite (Doc. 2) by June 17, 2026. *See* Transcript.

**SO ORDERED.**

Dated:    June 10, 2026
          White Plains, New York

                                    HON. PHILIP M. HALPERN
                                    United States District Judge