**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Dr. Mohamed Abdelmoneim Abdelrahman Eltayeb,**
Plaintiff,

v.

U.S. Citizenship and Immigration Services, et al.,
Defendants.

**No. 25 Civ. 9786 (PMH)**

Application granted. Plaintiff's time to serve and file his opposition to Defendants' motion to dismiss is extended to July 9, 2026. Further, Defendants' time to serve and file reply is extended to July 13, 2026.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 55.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 7, 2026

## UNOPPOSED LETTER MOTION FOR EXTENSION OF TIME

Dear Judge Halpern:

Plaintiff respectfully requests a one-week extension of time, through **July 9, 2026**, to file his opposition to Defendants' Motion to Dismiss. Plaintiff's current deadline to respond is July 2, 2026.

**Plaintiff conferred with counsel for Defendants regarding this request, and Defendants consent to the requested extension of time.**

Good cause exists for the requested extension. Plaintiff is proceeding *pro se* while serving as a full-time Internal Medicine resident physician. Although Plaintiff intended to comply with the current deadline, his clinical responsibilities have increased significantly in recent days. In addition to his own patient-care responsibilities, Plaintiff has been covering the clinical responsibilities of an absent colleague, resulting in extended work hours, often approximately 18 hours per day. As a result, Plaintiff has not had sufficient time to prepare a complete and meaningful opposition to Defendants' Motion to Dismiss.

This request is made in good faith, is not made for purposes of delay, and will not prejudice Defendants. Plaintiff respectfully requests that the deadline to file his opposition be extended from **July 2, 2026** to **July 9, 2026**.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

**Dr. Mohamed Abdelmoneim Abdelrahman Eltayeb, MD, MSc**
Plaintiff, Pro Se
Poughkeepsie, New York